`AO 442 (Rev. 11/11) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 16-00745JMS-02 |

Jessie Momosea aka "Crazy J," aka "Jessie Momoisea"
(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED TO ARREST Jessie Momosea aka "Crazy J," aka "Jessie Momoisea" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

•     In violation of the conditions of his or her supervision imposed by the court.

| Date: | 12/10/2025 | /s/ J. Michael Seabright |
|---|---|---|
| | | Issuing Officer's Signature |
| Location: | Honolulu, HI | J. Michael Seabright, Senior US District Judge |
| | | Printed Name and Title |

Bail Fixed at NO BAIL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |